STATE OF NEW JERSEY v. ANTHONY LATIMORE, RICHARD WILLIAMS, TYRONE PAYNE & WILLIE WADE, JR.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY LATIMORE.

July 23, 1985.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. RICHARD WILLIAMS.

July 23, 1985.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. WILLIE WADE.

July 23, 1985.

Cross-petition for certification denied.

IN RE PAROLE APPLICATION OF GEORGE M. MARX.

July 23, 1985.

Petition for certification denied.